| | |
|---|---|
| 1 | STEPHEN P. BOWEN, State Bar No. 160854 |
| | BOWEN LAW GROUP |
| 2 | 235 Montgomery Street, Suite 912 |
| | San Francisco, CA 94104 |
| 3 | Telephone:  (415) 394-7500 |
| | Facsimile:  (415) 394-7505 |
| 4 | steve.bowen@bowenlawgroup.com |
| 5 | Attorney for PLAINTIFF |
| | EXTENET SYSTEMS, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EXTENET SYSTEMS, INC., a Delaware Corporation, | Case No.  3:06-cv-06536-MHP |
| Plaintiff, | E-FILING |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| THE CITY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO, | |
| Defendants. | |

It is hereby stipulated that the parties in the above-captioned matter jointly request a continuance of the Initial Case Management Conference, currently scheduled for February 26, 2007, until April 23, 2007.

The requested continuance serves the interests of the parties and the Court.  It would conserve the resources of the parties and the Court by allowing the parties to focus on their continuing discussions and negotiations toward a mutually acceptable interim solution without the necessity of the Court's intervention.  Per the Court's request and instruction at the TRO hearing on November 9, 2006, the parties have spent considerable time and resources exchanging information and proposals concerning the means by which Plaintiff would be able to obtain permission on an interim basis to construct its Telecommunications Facilities in San

1  Francisco, and to use those facilities to offer Telecommunications Services to its customers.
2  These negotiations have reached a critical stage, and the parties believe that their attention is
3  best spent at this point on attempting to reach an interim solution.  Granting the requested
4  continuance will not delay the overall progress of the case, because the parties will be able to
5  determine shortly whether an interim solution is feasible.

6

7  Dated: February 16, 2007                    By: /s/Stephen P. Bowen

8                                              Stephen P. Bowen
                                                Bowen Law Group
9                                               235 Montgomery Street, Suite 912
                                                San Francisco, CA  94104
10                                              Telephone:  (415) 394-7500
                                                Facsimile:  (415) 394-7505
11                                              steve.bowen@bowenlawgroup.com

12                                              Attorney for Plaintiff
                                                ExteNet Systems, Inc.
13

14                                              By: /s/William K. Sanders

15                                              Dennis J. Herrera
                                                City Attorney
16                                              William K. Sanders
                                                Deputy City Attorney
17                                              City Hall Room 234
                                                1 Dr. Carlton B. Goodlett Place
18                                              San Francisco, CA  94102-4682
                                                Telephone:  (415) 554-6771
19                                              Facsimile:  (415) 554-4757
                                                William.Sanders@sfgov.org
20
                                                Attorney for Defendants
21                                              The City of San Francisco, and The Department of
                                                Public Works of the City of San Francisco
22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26  Dated:  February __20__, 2007            _____
                                              MARILYN HALL PATEL
27                                            United States District Judge
                                              Northern District of California
28

2

Case No. 3:06-cv-06536-MHP
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE