1  STEPHEN P. BOWEN, State Bar No. 160854
   BOWEN LAW GROUP
2  235 Montgomery Street, Suite 912
   San Francisco, CA 94104
3  Telephone:  (415) 394-7500
   Facsimile:  (415) 394-7505
4  steve.bowen@bowenlawgroup.com

5  Attorney for PLAINTIFF
   EXTENET SYSTEMS, INC.
6

7

8                       **UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **(SAN FRANCISCO DIVISION)**

11 | EXTENET SYSTEMS, INC.,                         | **Case No.  3:06-cv-06536-MHP**
   | a Delaware Corporation,                         |
12 |                                                 | **E-FILING**
   |                Plaintiff,                       |
13 |                                                 | **SECOND JOINT STIPULATION AND**
   |        v.                                       | **~~[PROPOSED]~~ ORDER FOR**
14 |                                                 | **CONTINUANCE OF INITIAL CASE**
   | THE CITY OF SAN FRANCISCO and                   | **MANAGEMENT CONFERENCE**
15 | THE DEPARTMENT OF PUBLIC WORKS                  |
   | OF THE CITY OF SAN FRANCISCO,                   |
16 |                                                 |
17 |                Defendants.                      |

18

19        It is hereby stipulated that the parties in the above-captioned matter jointly request a

20 continuance of the Initial Case Management Conference, currently scheduled for April 23,

21 2007, until June 11, 2007.

22        The requested continuance serves the interests of the parties and the Court.  It would

23 conserve the resources of the parties and the Court by allowing the parties to focus on their

24 continuing discussions and negotiations toward a mutually acceptable interim solution without

25 the necessity of the Court's intervention.  Per the Court's request and instruction at the TRO

26 hearing on November 9, 2006, the parties have spent considerable time and resources

27 exchanging information and proposals concerning the means by which Plaintiff would be able

28 to obtain permission on an interim basis to construct its Telecommunications Facilities in San

1  Francisco, and to use those facilities to offer Telecommunications Services to its customers.
2  These negotiations have reached a critical stage, and the parties believe that their attention is
3  best spent at this point on attempting to reach an interim solution.  Granting the requested
4  continuance will not delay the overall progress of the case, because the parties will be able to
5  determine shortly whether an interim solution is feasible.

7  Dated: April 2, 2007                    By: /s/Stephen P. Bowen_____

8                                          Stephen P. Bowen
                                           Bowen Law Group
9                                          235 Montgomery Street, Suite 912
                                           San Francisco, CA  94104
10                                         Telephone:  (415) 394-7500
                                           Facsimile:  (415) 394-7505
11                                         steve.bowen@bowenlawgroup.com

12                                         Attorney for Plaintiff
                                           ExteNet Systems, Inc.
13

14                                         By: /s/William K. Sanders_____

15                                         Dennis J. Herrera
                                           City Attorney
16                                         William K. Sanders
                                           Deputy City Attorney
17                                         City Hall Room 234
                                           1 Dr. Carlton B. Goodlett Place
18                                         San Francisco, CA  94102-4682
                                           Telephone:  (415) 554-6771
19                                         Facsimile:  (415) 554-4757
                                           William.Sanders@sfgov.org
20
                                           Attorney for Defendants
21                                         The City of San Francisco, and The Department of
                                           Public Works of the City of San Francisco
22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: April___4____, 2007           _____
                                         MARILYN H. PATEL
27                                       United States District Judge
                                         Northern District of California
28

IT IS SO ORDERED
Judge Marilyn H. Patel

2
Case No. 3:06-cv-06536-MHP
SECOND JOINT STIP. AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE