STEPHEN P. BOWEN, State Bar No. 160854
BOWEN LAW GROUP
235 Montgomery Street, Suite 912
San Francisco, CA 94104
Telephone: (415) 394-7500
Facsimile: (415) 394-7505
steve.bowen@bowenlawgroup.com

Attorney for PLAINTIFF
EXTENET SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EXTENET SYSTEMS, INC.,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN FRANCISCO and<br>THE DEPARTMENT OF PUBLIC WORKS<br>OF THE CITY OF SAN FRANCISCO,<br><br>Defendants. | Case No. 3:06-cv-06536-MHP<br><br>**E-FILING**<br><br>**THIRD JOINT STIPULATION AND<br>[PROPOSED] ORDER FOR<br>CONTINUANCE OF INITIAL CASE<br>MANAGEMENT CONFERENCE** |

It is hereby stipulated that the parties in the above-captioned matter jointly request a continuance of the Initial Case Management Conference, currently scheduled for June 18, 2007, until July 23, 2007.

The requested continuance serves the interests of the parties and the Court. It would conserve the resources of the parties and the Court by allowing the parties to focus on their continuing discussions and negotiations toward a mutually acceptable interim solution without the necessity of the Court's intervention. Pursuant to the Court's observation at the TRO hearing on June 4, 2007, that Plaintiff should proceed to file actual applications for Wireless Services Facilities Site Permits pursuant to the Utility Conditions Permit proposed by Defendants, Plaintiff is proceeding to do so. Plaintiff has signed the City's proposed Utilities

1  Conditions Permit, and anticipates filing Wireless Services Facilities Site Permit applications
2  this week with the City.  The City anticipates reviewing these Permit applications within the
3  schedule specified in the Utility Conditions Permit.
4      The outcome of this Permit application and review will have a significant effect on the
5  schedule for this case.  At this time, the outcome is not known, and the parties believe that their
6  attention is best spent at this point on attempting to reach an interim solution.  Granting the
7  requested continuance will not delay the overall progress of the case, because the parties will be
8  able to determine shortly whether an interim solution is feasible.

9  Dated: June 18, 2007        By: /s/Stephen P. Bowen

10      Stephen P. Bowen
    Bowen Law Group
11  235 Montgomery Street, Suite 912
    San Francisco, CA  94104
12  Telephone:  (415) 394-7500
    Facsimile:  (415) 394-7505
13  steve.bowen@bowenlawgroup.com

14  Attorney for Plaintiff
    ExteNet Systems, Inc.
15

16  By: /s/William K. Sanders

17  Dennis J. Herrera
    City Attorney
18  William K. Sanders
    Deputy City Attorney
19  City Hall Room 234
    1 Dr. Carlton B. Goodlett Place
20  San Francisco, CA  94102-4682
    Telephone:  (415) 554-6771
21  Facsimile:  (415) 554-4757
    William.Sanders@sfgov.org
22

23  Attorney for Defendants
    The City of San Francisco, and The Department of
24  Public Works of the City of San Francisco

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27  Dated:  June __18____, 2007  _____
    MARILYN HALL PATEL
28  United States District Judge
    Northern District of California

**IT IS SO ORDERED**
Judge Marilyn H. Patel

2
Case No. 3:06-cv-06536-MHP
THIRD JOINT STIP. AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE